IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-01768-CMA-KMT

SHEILA ANN STANLEY and
DAVID KIM STANLEY, Individually,

    Plaintiffs,

v.

RASHAAN DAVIS,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

"Plaintiffs' Joint Motion to Register With and Use the Court's Electronic Case Filing System" (#13, filed November 10, 2008) is DENIED. Plaintiffs are instructed to go to the United States District Court for the District of Colorado's web site at www.cod.uscourts.gov and follow the rules under Electronic Case Filing Information, Registering for an ECF Account.

Dated: November 20, 2008