**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-01768-CMA-KMT

SHEILA ANN STANLEY, and
DAVID KIM STANLEY, Individually,

    Plaintiffs,

v.

RASHAAN DAVIS,

    Defendant.

---

**ORDER FOR STATUS REPORT**

---

This matter comes before the Court *sua sponte*. On January 14, 2009, a scheduling conference was held in this matter before the Magistrate Judge. At that scheduling conference, Defendant Rashaan Davis signed a Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction (Doc. # 24). Nothing has been filed with the Court since that date. It is, therefore,

ORDERED that within ten days from the date of this Order, both parties shall file a Status Report in this case or the Defendants shall file a signed Notice of Availability.

DATED: February   11  , 2009

                                            BY THE COURT:

                                            *Christine M. Arguello*

                                            CHRISTINE M. ARGUELLO
                                            United States District Judge