IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-01768-CMA-KMT

SHEILA ANN STANLEY and
DAVID KIM STANLEY, Individually,

    Plaintiffs,

v.

RASHAAN DAVIS,

    Defendant.

---

**ORDER**

---

This matter is before the court on Defendant's motion "Rescheduling of Deposition." [Doc. No. 27, filed February 19, 2009].

It is hereby ORDERED

A Hearing on the Motion is scheduled for **March 12, 2009 at 4:30 p.m.** in Courtroom 201, Byron Rogers Courthouse, 1929 Stout Street, Denver, Colorado. The parties may appear by telephone if they <u>jointly</u> call the court on a conference call at the date and time scheduled. The telephone number to which the parties will place the conference call, with both defendant and plaintiffs on the telephone prior to calling the court, is 303-335-2780. **If the parties are unable to accomplish a joint telephone call to the court, <u>all</u> parties are ORDERED to attend in**

**person**.  No exceptions will be made to this requirement unless exceptional circumstances are shown.

No deposition of the defendant may be scheduled or conducted prior to the March 12, 2009 hearing.

It is further **ORDERED**

Any written response to the above-referenced motion may be filed by the plaintiffs on or before March 5, 2009.

Dated this 20th day of February, 2009.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge